**Civil Cover Sheet Attachment: Attorneys of Record for Plaintiffs**

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** <br> Alexa Kolbi-Molinas * <br> Meagan Burrows * <br> Rachel Reeves * <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> TEL: (212) 549-2633 <br> akolbi-molinas@aclu.org | **LAW OFFICE OF VANESSA L. WILLIAMS, P.C.** <br> Vanessa L. Williams <br> 414 West Soledad Avenue <br> GCIC BLDG., Suite 500 <br> Hagåtña, Guam 96910 <br> TEL: 477-1389 <br> CELL: 777-5689 <br> vlw@vlwilliamslaw.com |

**Pro hac vice* application forthcoming