# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHANDHINI RAIDOO, M.D., M.P.H. and BLISS KANESHIRO, M.D., M.P.H., on behalf of themselves and their patients,<br><br>Plaintiffs,<br><br>vs.<br><br>LEEVIN TAITANO CAMACHO, in his official capacity as Attorney General of Guam, *et al.*,<br><br>Defendants. | CIVIL CASE NO. 21-00009<br><br>**ORDER** |

In the interest of full disclosure, one of the named defendants, Dr. Dustin Prins, was a former physician of the undersigned judge in 2018 for a minor surgery. The undersigned judge does not believe there is a basis for recusal under 28 U.S.C. § 455. However, any recusal motion shall be filed no later than February 22, 2021.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: Feb 01, 2021