IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHANDHINI RAIDOO, M.D., M.P.H, and BLISS KANESHIRO, M.D., M.P.H., on behalf of themselves and their patients,<br><br>Plaintiffs,<br><br>vs.<br><br>LEEVIN TAITANO CAMACHO, in his official capacity as Attorney General of Guam, et al.<br><br>Defendants. | CIVIL CASE 21-00009<br><br><br><br><br>**CLERK'S NOTICE OF RECEIPT OF LETTER** |

In the interest of full and complete disclosure, the Clerk's Office is attaching an email received from Robert E. Rutkowski.

Dated this 1st day of February, 2021.

JEANNE G. QUINATA, Clerk of Court

By: /s/ Francine A. Diaz
FRANCINE A. Diaz, Deputy Clerk

-----Original Message-----
From: Robert E. Rutkowski <r_e_rutkowski@att.net>
Sent: Friday, January 29, 2021 5:31 AM
To: Haley Gibbons <Haley_Gibbons@gud.uscourts.gov>; GUDChambers <chambers@gud.uscourts.gov>
Cc: Keith Abouchar <keith.abouchar@mail.house.gov>
Subject: CIVIL CASE NO. 21-00009

CAUTION - EXTERNAL:


CAUTION - EXTERNAL:


Hon. Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
520 W Soledad Ave FL 4, Hagatna, Guam 96910
Phone: (671) 969-4501
Fax: (671) 969-4492

Judicial Assistant: Haley Gibbons
E-Mail: haley_gibbons@gud.uscourts.gov

Law Clerk:
E-Mail: chambers@gud.uscourts.gov

Re:  CIVIL CASE NO. 21 - 00009

Dear Chief Judge:

The American Civil Liberties Union filed a new lawsuit in Guam challenging two laws that are blocking abortion access on the island.

The two laws — a requirement that medication abortions be "performed" in a clinic or hospital, and an in-person state-mandated counseling law — are preventing physicians from using telemedicine to provide medication abortion. The statutes are woefully out of date with current standards of care for abortion and are effectively functioning as an abortion ban.

Because of the present lack of access to abortion on the island, people in Guam have been forced to travel nearly 4,000 miles each way to Hawai'i, or even further, just to obtain care. The process typically requires a multi-day journey, for which airfare alone costs over a thousand dollars. During the COVID-19 pandemic, these burdens are only heightened, with travel now carrying risk of exposure to the virus.
Moreover, forcing people to take such an extended off-island trip just to get the care they need jeopardizes the confidentiality of their abortion decision.

A person in Guam who has made the decision to have an abortion, should be able to access the care they need in their community — without a 4,000-mile flight, without government-imposed barriers, and without shame. The constitutional right to abortion is meaningless without genuine access, and

that is as true in Guam as it is anywhere else in the United States. Stand with Guamanians, who have been fighting to ensure safe and legal access to abortion in Guam for more than four decades.

As with all abortion restrictions, these laws disproportionately harm people of color and people with low incomes: In Guam, the burdens posed by these laws fall most heavily on Chamorro people (the Indigenous people of the Mariana Islands). Lack of abortion access in Guam also creates unique burdens for the many U.S. servicemembers (and military
dependents) who live on the island and are subjected to additional federal laws designed to push abortion out of reach.

Advocates in Guam, led by Chamorro women, have long fought to secure safe and legal abortion access for the island. Guamanians have the same constitutional right to abortion as people who live anywhere else in the United States and should not be forced to travel off the island to exercise that right.  This perpetuates the second-class citizenship Guamanians face, and exacerbates the issues of poverty, violence, and inequality our women suffer at disproportionate rates.

Over a decade of research and experience show that the medications used for a medication abortion can safely and effectively be prescribed through telemedicine. Using telemedicine for medication abortion can reduce barriers to abortion care, particularly in under-resourced areas, and, for some patients, allows them to obtain abortion care where they feel safest and have the most privacy.

Yours sincerely,
Robert E. Rutkowski

cc:
Legislative Correspondence Team
Longworth House Office Building
Washington DC 20515
keith.abouchar@mail.house.gov

Re: Legal document:
https://www.aclu.org/legal-document/complaint-declaratory-and-injunctive-relief-0

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.