# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHANDHINI RAIDOO, M.D., M.P.H. and BLISS KANESHIRO, M.D., M.P.H., on behalf of themselves and their patients,<br><br>Plaintiffs,<br><br>vs.<br><br>LEEVIN TAITANO CAMACHO, in his official capacity as Attorney General of Guam, *et al.*,<br><br>Defendants. | CIVIL CASE NO. 21-00009<br><br>**ORDER ASSIGNING MAGISTRATE JUDGE FOR PRETRIAL PROCEEDINGS** |

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, "a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying (1) the emergency by reason of which the magistrate judge is being transferred, (2) the duration of his or her assignment, and (3) the duties he or she is authorized to perform."

This court finds that an emergency necessitates the assignment of this case to Magistrate

1

Judge Heather L. Kennedy of the District Court for the Northern Mariana Islands. Magistrate Judge Bordallo has recused himself from this case and the court is unable to find an alternate judge to conduct pretrial proceedings in this matter. Magistrate Judge Kennedy's assignment shall continue until trial commences or judgment is entered, whichever occurs first, and she is authorized to perform, with respect to this case, all duties of a magistrate judge of this district under this court's local rules.

IT IS SO ORDERED this 1st day of February, 2021.

_____
FRANCES M. TYDINGCO-GATEWOOD,
Chief Judge, District of Guam

_____
RAMONA V. MANGLONA
Chief Judge, District for the Northern Mariana Islands