VANESSA L. WILLIAMS, ESQ.
LAW OFFICE OF VANESSA L. WILLIAMS, P.C.
414 WEST SOLEDAD AVENUE
GCIC BLDG., SUITE 500
HAGÅTÑA, GUAM 96910
TELEPHONE: 477-1389
EMAIL: VLW@VLWILLIAMSLAW.COM

ALEXA KOLBI-MOLINAS*
MEAGAN BURROWS*
RACHEL REEVES*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 BROAD STREET, 18TH FLOOR
NEW YORK, NY 10004
TEL: (212) 549-2633
FAX: (212) 549-2649

*Admission pro hac vice pending*

*Attorneys for Plaintiffs*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHANDHINI RAIDOO, *et al.*, | CIVIL CASE NO. 21-00009 |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION PURSUANT TO CIVIL LOCAL RULE 7** |
| LEEVIN TAITANO CAMACHO, *et al.*, | |
| Defendants. | |

### MOTION

Pursuant to the requirements set forth in Civil Local Rule 7(d), Plaintiffs in the above-captioned matter respectfully seek this Court's permission to exceed the twenty-five (25) page limitation applicable to supporting memoranda under Local Rule 7(c) in order to file their Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction. Specifically, Plaintiffs seek leave to file a brief of no more than thirty-five (35) pages, not including those portions of the brief exempted from the page limitation by Local Rule 7(c).

*Raidoo v. Camacho;* Civil Case No. 21-00009
Plaintiffs' Motion to Exceed Page Limitation Pursuant to Local Rule 7 Page **1** of **2**

Case 1:21-cv-00009   Document 10   Filed 02/04/21   Page 1 of 2

Plaintiffs request this extension because their brief will address significant questions of federal constitutional law raised by multiple provisions of Guam law and will require a detailed explanation of, inter alia, medical protocols for the use of telemedicine and provision of abortion care and data and statistics concerning abortion access and safety. All of these issues necessitate a full and complete explanation by Plaintiffs in their opening brief to satisfy their burden under Fed. R. Civ. P. 65(a). *See Melendres v. Arpaio*, 695 F.3d 990, 1000 (9th Cir. 2012) ("To obtain a preliminary injunction, a plaintiff must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest.") (quoting *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

Plaintiffs notified counsel for the Attorney General's Office of their intention to seek this extension on January 28, 2021, but due to technical difficulties that email was not received until February 3, 2021. At this time, counsel for the Attorney General's Office's position on this motion is unknown. However, pursuant to Local Rule 7(d)(4), if Plaintiffs' motion is granted, the brief in opposition shall automatically be allowed an equal number of additional pages.

For these reasons, Plaintiffs respectfully request that the Court grant this Motion to Exceed Page Limitation. Additionally, because the challenged laws are inflicting and will continue to inflict irreparable harm on the health, safety, and constitutional rights of people seeking abortions in Guam, Plaintiffs respectfully request the Court's expedited consideration of this motion so that they may file their motion for and memorandum in support of injunctive relief as soon as possible.

Dated this 4th day of February, 2021.

**LAW OFFICE OF VANESSA L. WILLIAMS, P.C.**
*Attorney for Plaintiffs*

_____
VANESSA L. WILLIAMS, ESQ.

*Raidoo v. Camacho;* Civil Case No. 21-00009
Plaintiffs' Motion to Exceed Page Limitation Pursuant to Local Rule 7　　　　　　　　　　Page **2** of **2**

Case 1:21-cv-00009   Document 10   Filed 02/04/21   Page 2 of 2