VANESSA L. WILLIAMS, ESQ.
LAW OFFICE OF VANESSA L. WILLIAMS, P.C.
414 WEST SOLEDAD AVENUE
GCIC BLDG., SUITE 500
HAGÅTÑA, GUAM 96910
TELEPHONE: 477-1389
EMAIL: VLW@VLWILLIAMSLAW.COM

ALEXA KOLBI-MOLINAS*
MEAGAN BURROWS*
RACHEL REEVES*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 BROAD STREET, 18TH FLOOR
NEW YORK, NY 10004
TEL: (212) 549-2633
FAX: (212) 549-2649

*Admission pro hac vice pending
Attorneys for Plaintiffs

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHANDHINI RAIDOO, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>LEEVIN TAITANO CAMACHO, *et al.*,<br><br>Defendants. | CIVIL CASE NO. 21-00009<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION** |

The court has reviewed Plaintiffs' Motion to Exceed Page Limitation Pursuant to Civil Local Rule 7, ECF No. 10, and upon due consideration, said motion is hereby **GRANTED**. Plaintiffs shall file a Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction of no more than thirty-five (35) pages. Pursuant to Local Rule 7(d), Defendants shall file a brief in opposition of no more than thirty-five (35) pages, and Plaintiffs shall file a reply brief of no more than twenty (20) pages.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Feb 04, 2021