VANESSA L. WILLIAMS, ESQ.
LAW OFFICE OF VANESSA L. WILLIAMS, P.C.
414 WEST SOLEDAD AVENUE
GCIC BLDG., SUITE 500
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-1389
EMAIL: vlw@vlwilliamslaw.com

ALEXA KOLBI-MOLINAS
MEAGAN BURROWS
RACHEL REEVES
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 BROAD STREET, 18TH FLOOR
NEW YORK, NY 10004
TEL: (212) 549-2633
EMAIL: akolbi-molinas@aclu.org

\* Application for admission *pro hac vice* pending

*Attorneys for Plaintiffs*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHANDHINI RAIDOO, *et al.*, | CIVIL CASE NO. 21-00009 |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. P. 65(a)** |
| LEEVIN TAITANO CAMACHO, *et al.*, | |
| Defendants. | |

## **MOTION**

Plaintiffs SHANDHINI RAIDOO and BLISS KANESHIRO submit this motion, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, for a preliminary injunction with respect to Counts I and II of the Complaint, enjoining Defendants and their officers, employees, and agents from enforcing 9 G.C.A. § 31.20 and 10 G.C.A. § 3218.1 as applied to the provision of medication abortion and use of telemedicine to provide medication abortion to patients in Guam. This Motion is based on the accompanying Memorandum and attached declarations of record, and all other

*Raidoo v. Camacho; Case No. 21-00009.*
Plaintiffs' Motion for a Preliminary Injunction Pursuant to Fed. R. Civ. P. 65(a)  Page **1** of **2**

Case 1:21-cv-00009   Document 12   Filed 02/05/21   Page 1 of 2

records and pleadings on file in this matter. For the reasons set forth therein, Plaintiffs respectfully request that the Court grant this motion for a preliminary injunction.

Dated this 5th day of February, 2021.

**LAW OFFICE OF VANESSA L. WILLIAMS, P.C.**
*Attorney for Plaintiffs*

_____
VANESSA L. WILLIAMS, ESQ.

*Raidoo v. Camacho; Case No. 21-00009.*
Plaintiffs' Motion for a Preliminary Injunction Pursuant to Fed. R. Civ. P. 65(a)          Page **2** of **2**

Case 1:21-cv-00009   Document 12   Filed 02/05/21   Page 2 of 2