VANESSA L. WILLIAMS, ESQ.
LAW OFFICE OF VANESSA L. WILLIAMS, P.C.
414 WEST SOLEDAD AVENUE
GCIC BLDG., SUITE 500
HAGÅTÑA, GUAM 96910
TELEPHONE: 477-1389
EMAIL: VLW@VLWILLIAMSLAW.COM

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 BROAD STREET, 18TH FLOOR
NEW YORK, NY 10004
TEL: (212) 549-2633
EMAIL: akolbi-molinas@aclu.org

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| SHANDHINI RAIDOO, M.D., M.P.H., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> LEEVIN TAITANO CAMACHO, *et al.*, <br><br> Defendants. | CIVIL CASE NO. 21-00009 <br><br><br> **ORDER** <br> Granting Application for Admission <br> Pro Hac Vice |

The Petition of Alexa Kolbi-Molinas, to appear *pro hac vice* in the District Court of Guam has come regularly before the court for its review pursuant to GNLR 17.1(d), Local Rules of the District Court of Guam. *See* ECF No. 3. Upon consideration of the motion and all papers submitted in support thereof, and the appropriate fees having been paid, it is hereby ORDERED that the Petition is GRANTED.

The court orders that Alexa Kolbi-Molinas may appear and participate in this action on behalf of Shandhini Raidoo, M.D., M.P.H. and Bliss Kaneshiro, M.D., M.P.H.

**SO ORDERED on February 5, 2021.**

HEATHER L. KENNEDY
Magistrate Judge