# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHANDHINI RAIDOO, *et al.*, | CIVIL CASE NO. 21-00009 |
| Plaintiffs, | |
| vs. | **ORDER ON REFERRAL** |
| LEEVIN TAITANO CAMACHO, *et al.*, | |
| Defendants. | |

Presently before the court is Plaintiffs' motion seeking a preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure. *See* ECF No. 12. Pursuant to 28 U.S.C. § 636(b)(1)(B), said motion is hereby referred to Magistrate Judge Heather Kennedy to determine and to issue her report and recommendation to the court as to the appropriate disposition.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
 **Chief Judge**
**Dated: Feb 10, 2021**