# EXHIBIT 1

VANESSA L. WILLIAMS, ESQ.
LAW OFFICE OF VANESSA L. WILLIAMS, P.C.
414 WEST SOLEDAD AVENUE
GCIC BLDG., SUITE 500
HAGÅTÑA, GUAM 96910
TELEPHONE: 477-1389
EMAIL: vlw@vlwilliamslaw.com

ALEXA KOLBI-MOLINAS*
MEAGAN BURROWS*
RACHEL REEVES*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 BROAD STREET, 18TH FLOOR
NEW YORK, NY 10004
TEL: (212) 549-2633
EMAIL: akolbi-molinas@aclu.org

* ADMITTED PRO HAC VICE

*Attorneys for Plaintiffs*

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| SHANDHINI RAIDOO, *et al.*, | ) CIVIL CASE NO. 21-00009 |
| Plaintiffs, | ) |
| vs. | ) **REBUTTAL DECLARATION OF** |
| | ) **JEFFREY R. HUNTSINGER, PH.D., IN** |
| | ) **SUPPORT OF PLAINTIFFS' MOTION** |
| LEEVIN TAITANO CAMACHO, *et al.*, | ) **FOR A PRELIMINARY INJUNCTION** |
| Defendants. | ) |

 **I, Jeffrey R. Huntsinger, Ph.D., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:**

 1. I am an associate professor in Social Psychology at Loyola University Chicago.

 2. In 2007, I received my Ph.D. in Psychology from the University of Virginia, and have since taught at Loyola University Chicago. I was promoted to Associate Professor with tenure in 2018.

 3. I have authored or co-authored dozens of peer-reviewed articles on social psychology, which is the study of how the real or imagined presence of other people influence

our thoughts, feelings, and behavior. I also regularly review articles for peer-reviewed journals including the Journal of Personality and Social Psychology, Psychological Science, Journal of Experimental Psychology: General, Emotion, Journal of Experimental Social Psychology, Cognition & Emotion, and Journal of Behavioral Decision Making. I am currently Associate Editor of the American Psychological Association journal, Emotion.

4.      I have presented on topics related to psychology and social psychology, such as cognition, emotion, and decision making, at many symposia and conferences, including the Annual Convention of the Association for Psychological Science, the Society for Personality and Social Psychology Annual Conference, the bi-annual meeting for the Society for the Psychological Study of Social Issues, the Midwestern Psychological Association, the Annual Meeting of the Society of Experimental Social Psychology, the Annual Meeting of the Society for the Study of Motivation, and the Society for the Psychological Study of Social Issues Bi-annual Conference. I have also been invited to speak at numerous academic institutions on topics in this field.

5.      At Loyola University Chicago I teach both undergraduate- and graduate-level courses in subjects such as social psychology, judgment and decision making, emotion and cognition, psychology of gender, and research methods.

6.      My education, training, responsibilities, and publications are set forth in greater detail in my *curriculum vitae*, a true and correct copy of which is attached as Exhibit A.

7.      I submit this declaration in support of Plaintiffs' motion for a preliminary injunction, to respond to certain assertions that I understand Defendants have made regarding the relative impact of information conveyed in person as compared to via synchronous audio-video communication, such as live face-to-face video-conferencing. The opinions set forth below are based on my education, training, and teaching experience as a psychologist; familiarity with the

relevant scientific research and literature, including but not limited to research and literature on interpersonal communication, telemedicine, and teletherapy; attendance at professional conferences; and conversations with other social psychologists, as well as with therapists and clinical psychologists. The fact that I do not respond to other statements made or positions taken by Defendants does not signal my agreement with those statements or positions.

8.      I understand that Defendants have argued that communication of information via a synchronous audio-video medium is inferior to in-person communications because it does not permit the speaker to convey information with "the same degree of profundity" as in-person communication and does not have the "same capability for impact" upon the listener as in-person communication. As explained below, it is my expert opinion that these statements are incorrect and incompatible with existing theory and evidence. It is my expert opinion that engagement in interpersonal communication—including for purposes of providing information and counseling—via a synchronous audio-video medium can be just as effective, impactful, powerful, and rich as engagement in that same communication in person. Put another way, it is my expert opinion that in-person communication is not inherently more effective, impactful, powerful, or rich than communication through a synchronous audio-video medium.

9.      Human communication involves the transmission of information between two or more individuals.[1] In its simplest form, a person produces speech and another person interprets such speech. When communicating with others, information is transmitted via verbal and nonverbal channels. People attend to both verbal and nonverbal cues. While communicating with others, we engage in perspective taking (*i.e.*, taking the attitude or perspective of another), and attempt to develop mutual understanding or shared reality.

---

[1] The information summarized below is based on seminal texts in the field on human communication. *See, e.g.*, Krauss, R. M., & Fussell, S. R. (1996). Social psychological models of interpersonal communication. Social psychology: Handbook of basic principles, 655-701; Krauss, R. M. (2002). The psychology of verbal communication. International Encyclopaedia of the Social and Behavioral Sciences. London: Elsevier, 16161-16165.

10.     We communicate our emotional state via a combination of words, facial expressions, and tone of voice. Different communicative acts convey information in different ways. When embarrassed, one person may communicate this to others by saying, "I am terribly embarrassed," while another person may communicate this by blushing noticeably but saying nothing at all. These signals of embarrassment are quite different, but they convey the same information to another person.

11.     We can also use words, facial expressions, and timbre of voice to set a particular tone for our communications. For example, we may use a more somber voice and preface what we say with "this is information you should consider carefully" if we want to set a serious tone, or speak loudly and smile often if we want to set an informal tone.

12.     None of the central characteristics and foundations of communication discussed above is unique to in-person communication. Indeed, they all are equally present in communication via synchronous audio-video technology.

13.     As research and scientific studies on telemedicine and teletherapy demonstrate, we can hear the words of another person, and the tone with which those words are conveyed, over synchronous audio-video channels, just as when conveyed in person. We can also see the subtle and not-so subtle nonverbal behaviors of other people—like head nods and facial expressions—over synchronous audio-video channels, like we can when in the physical presence of those people.

14.     In this way, then, communication via a synchronous audio-video medium can be just as verbally and nonverbally rich in information and impact as in-person communication, as all of the cues we naturally and readily rely on to successfully converse with others are also available over a synchronous audio-video medium.

15.     The literature also demonstrates that physical presence in and of itself does not

make our utterances more powerful, impactful or effective. Quite the opposite, the evidence shows that communications gain their power, impact, and effectiveness through what is said, how it is said (*e.g.*, tone), via the nonverbal behaviors that accompany speech (*e.g.*, hand gestures or talking with crossed arms), and through development of mutual understanding and sense of being with another person.[2] None of these constitutive elements of the communicative process depends on the speaker and listener sharing the same physical space. Rather, because these elements are shaped largely by the *participants* in the conversation, and can easily be created during conversations conducted via a synchronous audio-video medium, individuals are able to engage in a similarly rich communicative process through face-to-face video conference as they would in person.[3]

16. The use of telemedicine and digital technologies (*i.e.*, a synchronous audio-video medium, like Zoom's live face-to-face video-conference platform) to provide therapy (or "teletherapy") provides a perfect example of how communication via synchronous audio-video can be just as powerful and impactful as in-person communication, and can create social presence and mutual understanding equivalent to that found for in-person communications.

17. Successful therapy entails formation of a therapeutic alliance.[4] This alliance enables the disclosure of profound and important information (*e.g.*, experience of past abuse and trauma), and requires mutual understandings and feelings of social presence to be effective.

---

[2] *See, e.g.*, Krauss, R. M., & Fussell, S. R. (1996). Social psychological models of interpersonal communication. Social psychology: Handbook of basic principles, 655-701.

Krauss, R. M., & Fussell, S. R. (1990). Mutual knowledge and communicative effectiveness. Intellectual teamwork: Social and technological foundations of cooperative work, 111-146.

Walther, J. B. (1996). Computer-mediated communication: Impersonal, interpersonal, and hyperpersonal interaction. Communication research, 23(1), 3-43.

[3] *See, e.g., id.*

[4] Ackerman, S. J., & Hilsenroth, M. J. (2003). A review of therapist characteristics and techniques positively impacting the therapeutic alliance. *Clinical psychology review*, *23*(1), 1-33.

18.     Research consistently demonstrates that tele-therapeutic treatment for a variety of issues and disorders provides clinical outcomes indistinguishable from in-person therapy, and that patients are equally satisfied with teletherapy.[5] Teletherapy has been successfully employed in a variety of therapeutic formats (*e.g.*, Cognitive Behavioral Therapy, exposure therapies), has served patients from diverse backgrounds, and is consistently associated with high patient satisfaction and equivalent clinical outcomes to traditional in-person therapy.[6] A large body of evidence, then, indicates that being physically present with a patient is not essential to generating positive therapeutic outcomes. Indeed, the current pandemic has accelerated the rise of teletherapy, and now more patients than ever are receiving treatment remotely.[7]

---

[5] *See, e.g.*, Dent, L., Peters, A., Kerr, P. L., Mochari-Greenberger, H., & Pande, R. L. (2018). Using telehealth to implement cognitive-behavioral therapy. Psychiatric services, 69(4), 370-373.

Backhaus, A., Agha, Z., Maglione, M. L., Repp, A., Ross, B., Zuest, D., ... & Thorp, S. R. (2012). Videoconferencing psychotherapy: a systematic review. Psychological services, 9(2), 111.

Osenbach, J. E., O'Brien, K. M., Mishkind, M., & Smolenski, D. J. (2013). Synchronous telehealth technologies in psychotherapy for depression: A meta-analysis. Depression and Anxiety, 30(11), 1058-1067.

Gros, D. F., Morland, L. A., Greene, C. J., Acierno, R., Strachan, M., Egede, L. E., ... & Frueh, B. C. (2013). Delivery of evidence-based psychotherapy via video telehealth. Journal of Psychopathology and Behavioral Assessment, 35(4), 506-521.

Yuen, E. K., Gros, D. F., Price, M., Zeigler, S., Tuerk, P. W., Foa, E. B., & Acierno, R. (2015). Randomized controlled trial of home-based telehealth versus in-person prolonged exposure for combat-related PTSD in veterans: Preliminary results. Journal of Clinical Psychology, 71(6), 500-512.

Batastini, A. B., Paprzycki, P., Jones, A. C., & MacLean, N. (2020). Are videoconferenced mental and behavioral health services just as good as in-person? A meta-analysis of a fast-growing practice. Clinical Psychology Review, 101944.

Barak, A., Hen, L., Boniel-Nissim, M., & Shapira, N. A. (2008). A comprehensive review and a meta-analysis of the effectiveness of internet-based psychotherapeutic interventions. Journal of Technology in Human services, 26(2-4), 109-160.

Simpson, S. G., & Reid, C. L. (2014). Therapeutic alliance in videoconferencing psychotherapy: A review. Australian Journal of Rural Health, 22(6), 280-299.

[6] *See, e.g.*, Backhaus, A., Agha, Z., Maglione, M. L., Repp, A., Ross, B., Zuest, D., ... & Thorp, S. R. (2012). Videoconferencing psychotherapy: a systematic review. Psychological services, 9(2), 111.

[7] Greenbaum, Z. (2020). How well is telepsychology working? American Psychological Association's Monitor on Psychology, 51(5), 46. Retrieved March 10, 2021, from https://www.apa.org/monitor/2020/07/cover-telepsychology.

19.     Moreover, use of a synchronous audio-video medium, like a face-to-face video conference, to deliver information or provide counseling or therapy may in fact *enhance* the communicative process.

20.     I understand that the plaintiffs in this case provide medication abortion via telemedicine through a service called TelAbortion, which includes obtaining informed consent through telemedicine, and have provided this service to patients in Hawai'i for years. Based on my review of their declarations, and other accounts of this service that support their testimony,[8] it is my opinion that the provision of information and counseling via telemedicine prior to a medication abortion has several features that research and evidence indicate can create the trust and mutual understanding that is essential to a successful communicative engagement.

21.     For example, the plaintiffs describe how the ability to talk to a patient and actually see her while she is comfortable in her own home, with children nearby or playing in the background, can provide insights into a patient's life that are unavailable when the patient is sitting alone in a doctor's office or examination room. Providers of teletherapy have noted similar advantages when providing counseling via telemedicine.[9] These sorts of insights can facilitate a deeper connection with the patient and enhance the sense of trust and mutual understanding between physician and patient, which in turn enhances the quality of the communication.

---

*See also* Chiu, A. (2020, November 17). Teletherapy is helping Americans get through the pandemic. What happens afterward? Retrieved March 10, 2021, from https://www.washingtonpost.com/lifestyle/wellness/telehealth-teletherapy-mental-health-covid/2020/11/12/fdda8776-242c-11eb-952e-0c475972cfc0_story.html.

[8] Belluck, P. (2020, April 28). Abortion by telemedicine: A growing option as access to clinics wanes. Retrieved March 10, 2021, from https://www.nytimes.com/2020/04/28/health/telabortion-abortion-telemedicine.html.

[9] *See, e.g.*, Chiu, A. (2020, November 17). Teletherapy is helping Americans get through the pandemic. What happens afterward? Retrieved March 10, 2021, from https://www.washingtonpost.com/lifestyle/wellness/telehealth-teletherapy-mental-health-covid/2020/11/12/fdda8776-242c-11eb-952e-0c475972cfc0_story.html.

22.     It is reasonable to infer that a patient may feel less anxious and more at ease being in their own home, as opposed to in a doctor's office or examination room, which may make them more trusting and open during the informed consent process. The same goes for the flexibility that telemedicine allows: For example, as I understand it, by using telemedicine the plaintiffs in this case are able to accommodate patients outside of regular office hours, which means that patients may not have to deal with the added stress of taking time off of work, losing wages, or finding childcare. By removing those additional stressors, telemedicine patients may be more relaxed and thus better able to engage in the informed consent conversation.

23.     All told, these unique attributes of telemedicine may make it easier for the plaintiffs to convey important information about the abortion to the patient in a relevant and personalized way, and for the patient to receive and process this information in a considered, thoughtful, and engaged way.

24.     In summary, the evidence shows that engagement in interpersonal communication, including for purposes of providing information or counseling, via live face-to-face video conference is comparable to, and may even have some benefits over, in-person communication in terms of impact, outcomes, and experience. As explained above, communication via synchronous audio-video technology has the capacity to enhance the power, impact, and effectiveness of the communicative experience by ensuring that parties to the communication are in a setting where they feel comfortable, safe, and secure to engage in the communication, and by providing a visual window into that setting that could bolster the development of mutual understanding and shared connection.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th of March, 2021.

_____

JEFFREY R. HUNTSINGER, Ph.D.

# EXHIBIT A

# JEFFREY R. HUNTSINGER

Department of Psychology | Loyola University Chicago
Email: jhuntsinger@luc.edu | Phone: 773.508.3073
Web: http://jeffreyhuntsinger.weebly.com/index.html

## EDUCATION

2007    Ph.D., Social Psychology, University of Virginia, Charlottesville, VA

2003    M.A., Social Psychology, University of Virginia, Charlottesville, VA

1999    B.A., Psychology, The Pennsylvania State University, State College, PA
        -Highest Honors, graduated in top 2% of class

## ACADEMIC APPOINTMENTS

2018-          Associate Professor, Loyola University Chicago

2012-2018      Assistant Professor, Loyola University Chicago

2009-2012      Full-time Lecturer, Loyola University Chicago

2007-2008      Lecturer, Loyola University Chicago

## HONORS AND AWARDS

2014 Elected Fellow, the Society of Experimental Social Psychology

2013 Recipient of the Langerbeck Award for Undergraduate Research Mentoring

2011 Nominated for the Sujack Award for Teaching Excellence in the College of Arts and Sciences, Loyola University Chicago

## PUBLICATIONS

**Citation Count (h-index = 22, i10-index = 29)**

The papers below have been cited 3778 times as of September 15, 2020 (Google Scholar)

Note: * Indicates graduate student co-author.

*Journal Articles*

Yoon, Y-J., Larson, J., & **Huntsinger, J. R.** (in press). The Flexible Impact of Member Affect in Groups Performing Complex Decision-Making Tasks. *Group Processes & Intergroup Relations*

Tierney, W., Hardy, J. H., III., Ebersole, C., Leavitt, K., Viaganola, D., Clemente, E., Gordon, M., Dreber, A.A., Johannesson, M., Pfeiffer, T., & Uhlmann, E. L. (in press). Creative destruction in science. *Organizational Behavior and Human Decision Processes.* [Member of forecasting collaboration].

Tierney, W., Hardy, J. H., III., Ebersole, C., Viganola, D., Clemente, E., Gordon, M., Hoogeveen, S., Haaf, J., Dreber, A.A., Johannesson, M., Pfeiffer, T., Chapman, H., Gantman, A., Vanaman, M., DeMarree, K., Igou, E., Wylie, J., Storbeck J., Andreychik, M.R., McPhetres, J., Vaughn, L.A., Culture and Work Forecasting Collaboration, & Uhlmann, E. L. (in press). A creative destruction approach to replication: Implicit work and sex morality across cultures. *Journal of Experimental Social Psychology.* [Member of forecasting collaboration].

**Huntsinger, J. R.**, & Raoul, A. (2019). On the affective origins of the industrial revolution. *Behavioral and Brain Sciences, 42, e203*.

Amin, A. B., Bednarczyk, R., Ray, C., Melchiori, K., Graham, J., **Huntsinger, J. R**., & Omer, S. (2018). Associations of moral foundations with vaccine hesitancy. *Annals of Behavioral Medicine*, 52, S451-S451.

Klein, R. A., Vianello, M., Hasselman, F., Adams, B. G., Adams, R. B., Alper, S., Aveyard, M., Axt, J. R. Bahník, Š., Batra, R., Berkics, M., Bernstein, M. J., Berry, D., Bialobrzeska, O., Binan, E., Bocian, K., Brandt, M. J., Busching, R., Rédei, A. C., Cai, H., Cambier, F., Cantarero, K., Carmichael, C. L., Ceric, F., Cicero, D. C., Chandler, J., Chatard, A., Chen, E. E., Chang, J-H., Cheong, W., Coen, S., Coleman, J. A., Collisson, B., Conway, M. G., Corker, K. S., Curran, P. G., Cushman, F., Dagon, Z. K., Dalgar, I., Dalla Rosa, A., Davis, W. E., de Bruijn, M., De Schutter, L., Devos, T., Doğulu, C., Dozo, N., Dukes, K. N., Dunham, Y., Durrheim, K., Ebersole, C. R., Edlund, J. E., English, A. S., Eller, A., Finck, C., Frankowska, N., Freyre, M-Á, Friedman, M., Galliani, E. M., Gandi, J. C., Ghoshal, T., Giessner, S. R., Gill, T., Gnambs, T., Gómez, Á., González, R., Graham, J., Grahe, J. E., Grahek, I., Green, E. G. T., Hai, K., Haigh, M., Haines, E. L., Hall, M. P., Heffernan, M. E., Hicks, J. A., Houdek, P., **Huntsinger, J. R.**, Huynh, H. P., IJzerman, H., Inbar, Y., Innes-Ker, Å. H., Jiménez-Leal, W., John, M-S., Joy-Gaba, J. A., Kende, A., Kamiloğlu, R. G., Kappes, H. B., Karabati, S., Karick, H., Keller, V. N., Kervyn, N., Knežević, G., Kovacs, C., Krueger, L. E., Kurapov, G., Kurtz, J., Lakens, D., Lazarević, L. B., Levitan, C. A., Lins, S., Lipsey, S., Losee, J., Maassen, E., Maitner, A. T., Malingumu, W., Mallett, R. K., Marotta, S. A., Međedović, J., Mena Pacheco, F., Milfont, T. L., Morris, W. L., Murphy, S., Myachykov, A., Neave, N., Neijenhuijs, K., Nelson, A. J., Neto, F., Nichols, A. L., Ocampo, A., O'Donnell, S. L., Ong, E., Osowiecka, M., Orosz, G., Packard, G., Pérez-Sánchez, R., Petrović, B., Pilati, R., Pinter, B., Podesta, L., Pogge, G., Pollmann, M. M. H., Rutchick, A. M., Saeri, A., Saavedra, P., Salomon, E., Schmidt, K., Schönbrodt, F. D., Sekerdej, M. B., Sirlopú, D., Skorinko, J. L. M., Smith, M. A., Smith-Castro, V., Smolders, K.,

Sobkow, A., Sowden, W., Srivastava, M., Sundfelt, O. K., Spachtholz, P., Steiner, T. G., Stouten, J., Street, C. N. H., Szeto, S., Szumowska, E., Tang, A., Tanzer, N., Tear, M., Thomae, M., Traczyk, J., Torres, D., Theriault, J., Tybur, J. M., Ujhelyi, A., van Aert, R. C. M., van Assen, M. A. L. M., van Lange, P. A. M., van der Hulst, M., van 't Veer, A. E., Vásquez Echeverría, A., Vaughn, L. A., Vázquez, A., Vega, L. D., Verniers, C., Verschoor, M., Voermans, I., Vranka, M. A., de Vries, M., Welch, C., Wichman, A. L., Williams, L. A., Wood, M., Woodzicka, J. A., Wronska, M. K., Young, L., Zelenski, J. M., Zhijia, Z., & Nosek, B. A. (2018). Many labs 2: Investigating variation in replicability across sample and setting. *Advances in Methods and Practices in Psychological Science, 1,* 443-490.

Amin, A., Bednarczyk, R., Ray, C.,* Melchiori, K. Graham, J. **Huntsinger, J. R.**, Omer, S. (2017). Association of moral values with vaccine hesitancy. *Nature Human Behaviour, 1,* 873-880.

Ray, C.*, & **Huntsinger, J. R.** (2017). Feeling and Thinking: An Affect-as-Cognitive-Feedback Account. *Social and Personality Psychology Compass, 11,* e12314.

**Huntsinger, J. R.**, & Ray, C.* (2016). A flexible influence of affective feelings on creative and analytic performance. *Emotion, 16,* 826-837.

**Huntsinger, J. R.**, & Storbeck, J. (2016). Once more with feeling: On the explanatory limits of the GANE model, and the missing role of subjective experience. [Commentary] *Behavioral and Brain Sciences, 39,* e212

**Huntsinger, J. R.**, Sinclair, S., Kenrick, A. & Ray, C.* (2016). Affiliative social tuning reduces the activation of prejudice. *Group Processes and Intergroup Relations, 19,* 217-235.

**Huntsinger, J. R.**, Isbell, L., & Clore, G. L. (2014). The affective control of thought: Malleable, not fixed. *Psychological Review, 121,* 600-618.

Klein, R. A., Ratliff, K. A., Vianello, M., Adams, R., Bahník, S., Bernstein, M. J., Bocian, K., Brandt, M. J., Brooks, B., Brumbaugh, C. C., Cemalcilar, Z., Chandler, J., Cheong, W., Davis, W., Devos, T., Eisner, M., Frankowska, N., Furrow, D., Galliani, E. M., Hasselman, F., Hicks, J., Hovermale, J. F., Hunt, S. J., **Huntsinger, J. R.**, IJzerman, H., John, M-S., Joy-Gaba, J. A., Kappes, H. B., Krueger, L. E., Kurtz, J., Levitan, C. A., Mallett, R. K., Morris, W. L., Nelson, A. J., Nier, J. A., Packard, G., Pilati, R., Rutchick, A. M., Schmidt, K., Skorinko, J. L., Smith, R., Steiner, T. G., Storbeck, J., Swol, L. M. V., Thompson, D., van 't Veer, A., Vaughn, L. A., Vranka, M., Wichman, A., Woodzicka, J. A., Nosek, B. A. (2014). Theory Building through Replication: Response to Commentaries on the "Many Labs" Replication Project. *Social Psychology, 45,* 307-310.

Klein, R. A., Ratliff, K. A., Vianello, M., Adams, R., Bahník, S., Bernstein, M. J., Bocian, K., Brandt, M. J., Brooks, B., Brumbaugh, C. C., Cemalcilar, Z., Chandler, J., Cheong, W., Davis, W., Devos, T., Eisner, M., Frankowska, N., Furrow, D., Galliani, E. M., Hasselman, F., Hicks, J., Hovermale, J. F., Hunt, S. J., **Huntsinger, J. R.**, IJzerman, H., John, M-S., Joy-Gaba, J. A., Kappes, H. B., Krueger, L. E., Kurtz, J., Levitan, C. A., Mallett, R. K., Morris, W. L., Nelson, A.

J., Nier, J. A., Packard, G., Pilati, R., Rutchick, A. M., Schmidt, K., Skorinko, J. L., Smith, R., Steiner, T. G., Storbeck, J., Swol, L. M. V., Thompson, D., van 't Veer, A., Vaughn, L. A., Vranka, M., Wichman, A., Woodzicka, J. A., Nosek, B. A. (2014). Investigating variability in replicability. A "many labs" replication project. *Social Psychology, 45,* 142-152.

Klein, R. A., Ratliff, K. A., Vianello, M., Adams, R. B., Jr., Bahník, S., Bernstein, M. J., Bocian, K., Brandt, M. J., Brooks, B., Brumbaugh, C. C., Cemalcilar, Z., Chandler, J., Cheong, W., Davis, W. E., Devos, T., Eisner, M., Frankowska, N., Furrow, D., Galliani, E. M., Hasselman, F., Hicks, J. A., Hovermale, J. F., Hunt, S. J., **Huntsinger, J. R.**, IJzerman, H., John, M., Joy-Gaba, J. A., Kappes, H. B., Krueger, L. E., Kurtz, J., Levitan, C. A., Mallett, R. K., Morris, W. L., Nelson, A. J., Nier, J. A., Packard, G., Pilati, R., Rutchick, A. M., Schmidt, K., Skorinko, J. L., Smith, R., Steiner, T. G., Storbeck, J., Van Swol, L. M., Thompson, D., van 't Veer, A. E., Vaughn, L. A., Vranka, M., Wichman, A. L., Woodzicka, J. A., & Nosek, B. A. (2014). Data from investigating variation in replicability: A "many labs" replication project. *The Journal of Open Psychology Data 2 (1)*: e4, DOI: http://dx.doi.org/10.5334/jopd.ad.

**Huntsinger, J. R.** (2014). A flexible impact of affective feelings on priming effects: Assimilation and Contrast. *Personality and Social Psychology Bulletin, 40,* 450-462.

**Huntsinger, J. R.** (2013). Does emotion directly tune the scope of attention? *Current Directions in Psychological Science, 22,* 265-270.
- 2nd most read CDPS article, August 2013.

**Huntsinger, J. R.** (2013). Incidental experiences of affective coherence and incoherence influence persuasion. *Personality and Social Psychology Bulletin, 39,* 792-802.

**Huntsinger, J. R.** (2013). Anger enhances correspondence between implicit and explicit attitudes. *Emotion, 13,* 350-357.

**Huntsinger, J. R.** (2013). Affective incoherence reduces reliance on activated stereotypes. *Social Cognition, 31,* 349-360.

**Huntsinger, J. R.** (2013). Narrowing down to the automatically activated attitude: A narrow conceptual scope improves correspondence between implicitly and explicitly measured attitudes. *Journal of Experimental Social Psychology, 49,* 132-137.

**Huntsinger, J. R.** (2012). Does positive affect broaden and negative affect narrow attentional scope? A new answer to an old question. *Journal of Experimental Psychology: General, 141,* 595-600.

**Huntsinger, J. R.** (2011). Mood and trust in intuition interactively orchestrate correspondence between implicit and explicit attitudes. *Personality and Social Psychology Bulletin, 37,* 1245-1258.

Mallett, R., **Huntsinger, J. R.,** & Swim, J. (2011). The role of system-justification motivation, group

status and system threat in directing support for hate crimes legislation. *Journal of Experimental Social Psychology, 47,* 384-390.

**Huntsinger, J. R.**, Clore, G. L., & Bar-Anan, Y. (2010). Mood and Global-Local Focus: Priming a local focus reverses the link between mood and global-local processing. *Emotion, 10,* 722-726.

**Huntsinger, J. R.** & Sinclair, S. (2010). If it feels right, go with it: Affective regulation of affiliative social tuning. *Social Cognition*, *28*, 290-305.

**Huntsinger, J. R.**, Sinclair, S., Dunn, E., & Clore, G. L. (2010). Affective regulation of automatic stereotype activation: It's the (accessible) thought that counts. *Personality and Social Psychology Bulletin, 36,* 564-577.

**Huntsinger, J. R.**, Lun, J., Sinclair, S., Clore, G. L. (2009). Contagion without Contact: Anticipatory mood matching in response to affiliative motivation. *Personality and Social Psychology Bulletin, 35,* 909-922.

**Huntsinger, J. R.**, Sinclair, S., & Clore, G. L. (2009). Affective Regulation of Implicitly Measured Attitudes and Stereotypes:  Automatic and Controlled Processes. *Journal of Experimental Social Psychology, 45,* 560-566.

**Huntsinger, J. R.**, & Smith, C. T. (2009). First thought, best thought: Positive mood maintains and negative mood disrupts implicit-explicit attitude correspondence. *Personality and Social Psychology Bulletin, 35,* 187-197.

Clore, G. L., & **Huntsinger, J. R.** (2009). A reply to commentaries: How the object of affect guides its impact. *Emotion Review, 1,* 58-59.

Clore, G. L., & **Huntsinger, J. R.** (2009). How the object of affect guides its impact. *Emotion Review, 1,* 39-54.

Mallett, R., **Huntsinger, J. R.**, Sinclair, S., & Swim, J. (2008). Seeing through their eyes: When Majority Group Members Take Collective Action on Behalf of an Outgroup. *Group Processes & Intergroup Relations, 11,* 451-470.

Dunn, E., **Huntsinger, J. R.**, Lun, J., & Sinclair, S. (2008). The gift of similarity: How good and bad gifts influence relationships.  *Social Cognition, 26,* 469-481.

Clore, G. L., & **Huntsinger, J. R.** (2007). How emotions inform judgment and regulate thought. *Trends in Cognitive Sciences*, 9, 393-399.

Sinclair, S., **Huntsinger, J. R.**, Skorinko, J., & Hardin, C. D. (2005). Social tuning of the self: Consequences for the self-evaluations of stereotype targets. *Journal of Personality & Social Psychology, 89,* 160-175.

Mallett, R., Sinclair, S., & **Huntsinger, J. R.** (2005).  What intergroup relations research can tell us about coalition building. *Washington & Lee Journal of Civil Rights and Social Justice, 12,* 5 - 20.

*Chapters in Edited Volumes*

**Huntsinger, J. R.**, & Ray, C.* (2015). Emotion and Decision Making. In R. A. Scott & S. M. Kosslyn (Eds.), *Emerging Trends in the Social and Behavioral Sciences*. New York, NY: Wiley.

**Huntsinger, J. R.**, & Schnall, S. (2013). Emotion-Cognition Interactions. In D. Reisberg (Ed.), *Oxford Handbook of Cognitive Psychology* (pp. 571-584). New York, NY: Oxford University Press.

**Huntsinger, J. R.**, & Clore, G. L. (2012). Emotion and social metacognition. In P. Brinol and K. DeMarree (Eds.), *Social Metacognition (Frontiers of Social Psychology Series)* (pp. 199-217). Psychology Press: New York, NY.

Sidanius, J., Levin, S., Van Laar, C., Sears, D. O., **Huntsinger, J. R.**, Sinclair, S., & Foote, W. (2008). Theoretical orientations and major themes. In J. Sidanius, S. Levin, C. Van Laar, & D. O. Sears, *The diversity challenge: Social identity and intergroup relations on the college campus* (pp 9-31). New York: Russell Sage Foundation.

Sinclair, S., & **Huntsinger, J. R.** (2006). The interpersonal basis of self-stereotyping.  In S. Levin and C. van Laar (Eds.), *Claremont Symposium on Applied Social Psychology:  Stigma and Group Inequality:  Social Psychological Approaches* (pp. 235-260). Mahwah, NJ: Lawrence Erlbaum Associates.

*Encyclopedia Entries*

**Huntsinger, J. R.**, & Sinclair, S. (2009). Self-stereotyping. In J. Levine and M. Hogg (Eds.), *Encyclopedia of Group Processes & Intergroup Relations*. Sage: Thousands Oaks, CA.

Sinclair, S., & **Huntsinger, J. R.** (2007). Self-stereotyping. In R. Baumeister and K. Vohs (Eds.), *Encyclopedia of Social Psychology*. Sage: Thousands Oaks, CA.

*Manuscripts under Review*

*Manuscripts in Revision or Preparation*

Raoul, A. + & Huntsinger, J. R. Moral purity predicts HPV vaccine hesitancy: Evidence at the state and individual level.

**Huntsinger, J. R**. & Ray, C.*+ Anger flexibly adjusts the scope of conceptual and perceptual attention: An affect as cognitive feedback account.
     + Co-first authorship

Sinclair, S., Lun, J., **Huntsinger, J. R.**, & Skorinko, J. Catching others' attitudes: Need for cognition regulates affiliative social tuning of automatic prejudice.

**Huntsinger, J. R.** Affective coherence broadens and affective incoherence narrows the scope of perceptual attention.

**Huntsinger, J. R.** Affective certainty and uncertainty regulate tendencies to rely on activated attitudes.

## EDITORIAL EXPERIENCE

2017-        Associate Editor, *Emotion*

*Ad hoc* Reviewer for (partial list):

Journal of Personality and Social Psychology; Psychological Science; Personality and Social Psychology Review; Perspectives on Psychological Science; Journal of Experimental Psychology: General; Emotion; Organizational Behavior and Human Decision Processes; Cognitive Psychology; Cognition; Neuropsychologia; Personality and Social Psychology Bulletin; Journal of Experimental Social Psychology; Cognition & Emotion; Emotion Review; Social Psychological and Personality Science; British Journal of Social Psychology; Social Cognition; Psychonomic Bulletin & Review; Basic & Applied Social Psychology; Journal of Behavioral Decision Making; European Journal of Social Psychology; Journal of Economic Psychology; Motivation & Emotion; Philosophical Psychology; Political Psychology; Social and Personality Psychology Compass; Social Psychology; Spanish Journal of Psychology; IEEE Transactions on Affective Computing

Books: Aronson, Wilson, & Akert, Social Psychology (7th ed)

## MEDIA COVERAGE

Vox, February 2019: What makes some parents fall for anti-vaccine messaging
Slate, February 2019: People's Fears About Vaccines Aren't Just About Vaccines
Scientific American, March 2018: How to understand, and help, the vaccine doubters
Washington Post, December 2017: The moral differences between pro- and anti-vaccine parents
New Scientist, December 2017: Focus on liberty and purity may change anti-vax parents' minds
BPS Research Digest, May 2014: A replication tour de force
Science Magazine, November 2013: Second look at psychology experiments offers reassurance
National Geographic, November 2013: Welcome to the era of big replication
Nature News, November 2013: Psychologists strike a blow for reproducibility
ScienceNews, December 2013: The bright side of sadness
CNN, December 2012: What the brain wants for Christmas
Psychology Today, December 2012: A psychological guide to bad Christmas gifts
Skirt.com, December 2009: Gifts for your significant other can be a dangerous guessing game
Changingminds.org, January 2009: Gifts, guys and gals

Cleveland Plain Dealer, December 2008: It really is the thought that counts, study finds
Scientific American, December 2008: Gift-giving for lovers
BPS Research Digest, December 2008: Why you should take extra care when buying a Xmas gift for a man

## PROFESSIONAL AFFILIATIONS

2014    Society of Experimental Social Psychology
2012    Association for Psychological Science
1999    Society of Personality and Social Psychology
2002    Society for the Psychological Study of Social Issues

## PRESENTATIONS

*Chaired Symposia*

Isbell, L. M. & Huntsinger, J. (2013). *New Directions in Affect and Cognition Research: Evidence for Flexible Effects.* Symposium held at the 25th Annual Convention of the Association for Psychological Science, Washington, DC.

Sinclair, S. & Huntsinger, J. (2008, February). *Mechanisms of Prejudice and Stereotype Moderation.* Symposium held at the Society for Personality and Social Psychology Annual Conference, Albuquerque, NM.

Huntsinger, J. (2006, February). *Recent Insights Concerning Mood and Emotional Influences on Implicit Social Cognition.* Symposium held at the Society for Personality and Social Psychology Annual Conference, Palm Springs, CA.

Huntsinger, J. & Lun, J. (2004, July). *New Insights into the Interpersonal Basis of Stereotyping and Prejudice.* Symposium held at the bi-annual meeting of the Society for the Psychological Study of Social Issues, Washington, DC.

Sinclair, S., & Huntsinger, J. (2004, February). *You are Who You Know: New Perspectives on the Social Basis of the Self.* Symposium held at the Society for Personality and Social Psychology Annual Conference, Austin TX.

*Conference Talks*

Yoon, Y-J., Larson, J. R. Jr., & Huntsinger, J. R. (2019, August). *The flexible impact of affective feelings on group decision-making in hidden profile situations.* Paper presented at the Annual Meeting of the Academy of Management, Boston, MA.

Huntsinger, J. R. (2018, October). *Moral values and vaccine hesitancy.* Paper presented at the Annual Meeting of the Society of Experimental Social Psychology, Seattle, WA.

Huntsinger, J. R. (2017, September). *Anger and attentional scope.* Paper presented at the Annual Meeting of the Society of Experimental Social Psychology, Boston, MA.

Huntsinger, J. R. (2016, September). *A flexible influence of anger on analytic performance.* Paper presented at the Annual Meeting of the Society of Experimental Social Psychology, Santa Monica, CA.

Huntsinger, J. R. (2015, October). *A flexible influence of anger on creative performance.* Paper presented at the Annual Meeting of the Society of Experimental Social Psychology, Denver, CO.

Huntsinger, J. R. (2014, October). *A flexible influence of affective feelings on cognitive performance.* Paper presented at the Annual Meeting of the Society of Experimental Social Psychology, Columbus, OH.

Huntsinger, J. R. (2013, May). *Does emotion directly tune the scope of attention?* Talk given at the 25th Annual Meeting of the Association for Psychological Science, Washington, DC.

Huntsinger, J. R. (2013, April). *Does emotion directly tune the scope of attention?* Talk given at the annual Social Psychologists of Chicago meeting, Chicago IL.

Huntsinger, J. R. (2013, May). *Does emotion directly tune the scope of attention? A new answer to an old question.* Invited talk 85th annual meeting of the Midwestern Psychological Association, Chicago, IL.

Huntsinger, J. R. (2013, October). *A flexible influence of affective feelings on priming effects: Assimilation and Contrast.* Paper presented at the Annual Meeting of the Society of Experimental Social Psychology, Berkeley, CA.

Huntsinger, J. R. (2012, May). *The Flexible Impact of Affect on Goal Pursuit.* 5th Annual Meeting of the Society for the Study of Motivation.

Huntsinger, J. R. (2011, October). *Anger enhances correspondence between implicit and explicit attitudes.* Paper presented at the Annual Meeting of the Society of Experimental Social Psychology, Washington, DC.

Huntsinger, J. (2008, April). *First thought, best thought: Affective regulation of automatic cognitive processing.* Social Psychologists of Chicago (SPOC) Annual Conference.

Huntsinger, J., Sinclair, S., & Clore, G. (2008, February). *Mood governs activation of implicit attitudes.* Society for Personality & Social Psychology Annual Conference, Albuquerque, NM.

Clore, G., Huntsinger, J., & Ashton-James, C. (2007, October). *The Affective Regulation of Social Category Priming:  Attitude and Behavior.* Society of Experimental Social Psychology, Chicago, IL.

Mallett, R., Huntsinger, J., Sinclair, S., & Swim, J. (2006, July). *Seeing through their eyes: Collective action on behalf of outgroups.* Society for the Psychological Study of Social Issues Bi-annual Conference, Long Beach, CA.

Huntsinger, J. (2006, January).  *If it feels good, just do it: Mood effects on the expression of implicit attitudes during interpersonal interaction*. Society for Personality & Social Psychology Annual Conference, Palm Springs, CA.

Huntsinger, J. & Sinclair, S. (2004, July).  *How social interaction structures the self-evaluations of stigmatized group members*.  Society for the Psychological Study of Social Issues Bi-annual Conference, Washington, DC.

Sinclair, S., & Huntsinger, J. (2004, April).  *The interpersonal basis of self-stereotyping.*  2004 Claremont Symposium on Applied Social Psychology:  Stigma and Group Inequality:  Social Psychological Approaches.

Sinclair, S., & Huntsinger, J. (2004, January).  *Social tuning of the self: Consequences for stereotype targets.* Society for Personality & Social Psychology Annual Conference, Austin TX.

*Invited Talks*

Huntsinger, J. (2014, October). *Affective control of thought: Flexible, not fixed.* University of Virginia (Social Psychology Area).

Huntsinger, J. (2011, December). *The opposite of a great truth is also true: Variability in the impact of affect on cognition*. DePaul University (Psychology Department)

Huntsinger, J. (2011, December). *The opposite of a great truth is also true: Variability in the impact of affect on stereotyping and prejudice*. Loyola University Chicago (Psychology Department)

Huntsinger, J. (2011, October). *The opposite of a great truth is also true: Variability in the impact of affect on cognition*. Northwestern University (Social Psychology Area)

Huntsinger, J. (2008, October). *First Thought, Best Thought: Affective Regulation of Cognitive Processing.* Northwestern University (Social Psychology Area).

Huntsinger, J. (2007, October). *If it feels right, go with it: Affective regulation of automatic processes.* Loyola University Chicago (Social Psychology Area).

Huntsinger, J. (2003, March). *Affiliative social tuning of women's self-views: When the sexist views of another social actor influence women's selves.* The Pennsylvania State University (Social Psychology Area).

*Poster Presentations*

Raoul, A., & Huntsinger, J. R. (2018, April). *The relation between moral foundation endorsement and statewide HPV vaccination rates.* Poster presented at the annual meeting of the Midwestern Psychology Association, Chicago IL

Yoon, Y-J, Larson, J., & Huntsinger, J. R. (2018, July). *When Does Mood Improve vs. Hinder Group Decision-Making? The Flexible Impact of Mood on Decision-Making in the Hidden Profile Paradigm*. Poster presented at the Annual Meeting of the Interdisciplinary Network for Group Research, Washington, DC.

Ray, C., & Huntsinger, J. R. (2017, May). *Magical beliefs about food and health predict negative beliefs about vaccines.* Poster presented at the Annual Meeting of the Association for Psychological Science, Boston, MA.

Ray, C., & Huntsinger, J. R. (2017, May). *Moral foundations and attitudes toward vaccines.* Poster presented at the Midwestern Psychological Association, Chicago, IL.

Ray, C., & Huntsinger, J. R. (2016, May). *A flexible influence of anger on creative and analytic performance.* Poster presented at the Midwestern Psychological Association, Chicago, IL.

Ray, C., & Huntsinger, J. R. (2016, January). *A flexible influence of affective feelings on cognitive performance.* Poster presented at the Annual Meeting of the Society for Personality and Social Psychology, San Diego, CA.

Ray, C., & Huntsinger, J. R. (2015, April). *A flexible influence of affective feelings on cognitive performance.* Poster presented at the Midwestern Psychological Association, Chicago, IL.

Huntsinger, J. R., & Ray, C. (2015, April). *A flexible influence of affective feelings on cognitive performance.* Poster presented at the 2nd Annual Conference of the Society for Affective Science, Oakland, CA.

Ray, C., & Huntsinger, J. R. (2014, April). *The impact of mood on anchoring effects.* Poster presented at the Midwestern Psychological Association, Chicago, IL.

Jhe, G., Leon, S., Huntsinger, J. R., Fuller, A., Riley, T., Panchal, K., & Zaffar, T. (2013, May). *The effect of attachment on implicit and explicit self-esteem.* Poster presented at the 25th Annual Convention of the Association for Psychological Science, Washington, DC.

Riley, T., Jhe, G., Leon, S., Huntsinger, J. R., Panchal, K., & Zaffar, T. (2013, May). *The effect of attachment on implicit and explicit self-esteem.* Poster presented at the 25th Annual Convention of the Association for Psychological Science, Washington, DC.

*Greslick, A., Huntsinger, J., & Sinclair, S. (2007, May). *The effect of mood on category priming*. Poster presented at the L. Starling Reid Undergraduate Psychology Conference, Charlottesville, VA.
   *Recipient of the Outstanding Student Research Award (Poster).

Gray, T., Mallett, R. & Huntsinger, J. (2007, May). *Do people favor flip-floppers or dogmatists? Who and how you ask matters.* Poster presented at the 19th Annual Convention of the Association for Psychological Science, Washington, DC.

Huntsinger, J., Lun, J., Sinclair, S., Clore, G., & Ngo, T. D. (2005, February). *Do you feel like I do?: How interpersonal interaction structures affective experience.* Poster presented at the Society for Personality and Social Psychology Annual Conference, New Orleans, LA.

Skorinko, J., Huntsinger, J. R., & Sinclair, S. (2005, February). *Keep away: The anti-tuning effect & its motives*. Poster presented at the Society for Personality and Social Psychology Annual Conference, New Orleans, LA.

Huntsinger, J., & Sinclair, S. (2004, February). *Relational social tuning of women's self-evaluations: When the sexist views of another social actor influence women's selves.* Poster presented at the Society for Personality and Social Psychology Annual Conference, Austin TX.

Mallett, R., Huntsinger, J. & Swim, J. (2003, January). *Social policy support and determinations of legitimacy.* Poster presented at the Society for Personality and Social Psychology Annual Conference, Los Angeles CA.

Huntsinger, J & Sinclair, S. (2003, January). *Women's self-evaluations: How the stereotypical views of others shape the self.* Poster presented at the Society for Personality and Social Psychology Annual Conference, Los Angeles CA.

Huntsinger, J. (2000, January). *The effects of age and prejudice on group identification and collective self-esteem*. Poster presented at the Society for Personality and Social Psychology Annual Conference, Nashville TN.

**TEACHING EXPERIENCE**

*Undergraduate:*
Social Psychology: Fall 2007, spring 2012, fall 2013, spring 2016

Gender & Sex: Differences and Similarities: Fall 2007, spring 2008, fall 2008, spring 2009, fall 2009, spring 2010, fall 2010, spring 2011, fall 2011, spring 2012, fall 2012, spring 2013, spring 2014, spring 2016, fall 2016, spring 2017, summer 2017

Tests & Measurements: Spring 2009, fall 2009

Research Methods:  Spring 2010, fall 2010, spring 2011, fall 2011

*Graduate:*
Emotion & Cognition: Fall 2013, spring 2016

## PROFESSIONAL SERVICE

### Conference Organization

Spring 2013, Co-organizer Social Psychologists of Chicago (SPOC) annual conference

### Other Service

Judge (Spring 2011, 2012), Chicago Area Undergraduate Research Symposium (CAURS)

## UNIVERSITY SERVICE

### Department Service

Member Committee on Diversity Affairs (CODA), 2012 to present
Member Executive Committee, 2013-2014, spring 2017

Co-organizer, Social Area Research Series, 2012-2013
Organizer, Social Area Research Series, 2013 to present

Workshop on Inspirational Teaching, Organizer, spring 2015

### Workshops for Students
*Personal Statement Writing Workshop*.  Each year, I conduct a workshop for undergraduate students in my lab in which I teach them what to include in a personal statement and writing a first draft of a personal statement.

*Vita Writing Workshop*.  I conduct a three-part workshop for my lab group that taught them what to include in a vita and three drafts of a vita.

*Graduate School Possibilities Workshop*.  I conducted a workshop for my lab group that taught them about the various types of graduate programs that are available in Psychology.  I answered questions about what graduate school is like and how to decide on what type of degree to pursue and how to prepare for admission to graduate school.

### Graduate Student Mentoring

2012-2014, Amanda Daniel, MA thesis advisor
2013-2015, Cara Ray, MA thesis advisor
2013-2015, Junga Lee, MA thesis advisor

**Undergraduate Research Supervision**

2015-2016, Anum Afzal, **Provost Scholar**
2015-2016, James Hruska, **Provost Scholar**
2013-2014, Virginia Jreisat, **Ricci Scholar**
2012-2013, Cara Ray, **Provost Scholar**
2009-2010, Jeffrey Graupner, **Honors Student/Provost Scholar**

**Undergraduate Student Mentoring at Loyola University Chicago**

*Spring 2008*
Hannah Hartig, Tanja Dabizljevic, Angelica Kajderowicz, Jeff Graupner (**honors student**), Holly Blahunka, Latrice Patrick, Brittney CoField-Poole, Lesley Kadiry, Kristen Spahn, Rachel Usher, Mark Buchna, Lindsey Kostuch, Nana Joseph

*Fall 2008*
Anne Rettof, Helena Farber, Jeff Graupner (**honors student**), Lisa Mazur, Lindsey Kostuch, Margaret Csuk, Rachel Naso (**honors student**), Jeff Dolder, Hannah Hartig, Cynthia DeWitt, Tanja Dabizljevic, Kendra Petruniw, Kelli Segerson, Ashley Mores, Jessica Joseph, Victoria Mann, Nital Patel

*Spring 2009*
Brigid Dagenfield, Jeff Graupner (**honors student, Provost Fellow**), Lisa Mazur, Anne Rettof, Jeff Dolder, Kendra Petruniw, Shannon Fitzgerald, Cynthia DeWitt, Nital Patel, Rachel Naso, Victoria Mann, Hannah Hartig, Kathryn Smagur

*Fall 2009*
Ashley-Marie Kolze, Brigid Dagenfield, Katelin Piccone, Kathryn Smagur, Lauren Acciavatti, Rima Patel, Kendra Petruniw, Reanna Zaccard, Amy Ferry, Jeffrey Graupner (**honors student, Provost Fellow**), Shannon Fitzgerald, Jessica Ocampo, Marie Oberst, Josefina Asconape, Nohemi Herrera

*Spring 2010*
Ashley-Marie Kolze, Brigid Dagenfield, Lauren Acciavatti, Kendra Petruniw, Katelin Piccone, Marie Oberst, Jeffrey Graupner (**honors student, Provost Fellow**), Jessica Ocampo, Katey Smagur, Nohemi Herrera, Rebecca NeSmith, Rima Patel, Shannon Fitzgerald

*Fall 2010*
Audrey Saling, Jaclyn Moloney, Lindsey Hall, Daniel Sygar, Jennifer Olshansky, Kelly Brandstatt, Margaret Katny, Rebecca NeSmith, Haley Weigand, Katelyn Piccone, Rima Patel, Irina Pukhovich

*Spring 2011*
Jaclyn Moloney, Lindsey Hall, Kelly Brandstatt, Rebecca NeSmith, Rima Patel, Mary Weisner, Mahrie Defever, Britt Logan, Jenna Little, Pam Holtz, Sabeen Shamsi

*Fall 2011*
Jaclyn Moloney, Lindsey Hall, Kelly Brandstatt, Rebecca NeSmith, Rima Patel, Mary Weisner, Mahrie Defever, Britt Logan, Jenna Little, Pam Holtz, Sabeen Shamsi

*Spring 2012*
Cody Lewin, Cara Ray, Iqra Mushtaq, Lindsey Peters, and Samantha Hertenstein, Britt Logan, Jenna Little, Jackie Moloney, Kelly Brandstatt, Mahrie Defever, Lenel Reuther, Pam Holtz, Mahrie Defever.

*Fall 2012*
Melissa Orozco, Thomas Colville, Iqra Mushtaq, Nicole Creuger, Tyler Geldernick, Jenna Little, Rachael Peterson, Cody Lewin, Jacob Zaemes, Samantha Hertenstein, Cara Ray, Lenel Reuther, Sophia Smith, Caitlin Shehane.

## OTHER SERVICE

### Expert Testimony

*Planned Parenthood Minnesota, North Dakota, South Dakota, and Carol E. Ball, M.D. vs. Daugaard, Jackley, Hollingsworth, and Carpenter (Case No. 4:11-CV-04071-KES)*. [Expert Rebuttal Report]