# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: 1:21-cv-00009            DATE: March 19, 2021
CAPTION: Raidoo, et al. v Camacho, et al.

HON. HEATHER KENNEDY, Designated Magistrate Judge, Presiding
Law Clerk: Jenny Chhea            Court Reporter: Veronica Flores
Courtroom Deputy: Carmen B. Santos            Hearing Times: 8:59 - 10:50

**APPEARANCES:**

Counsel for Plaintiffs:            Counsel for Defendants:
Alexa Kolbi-Molinas            James L. Canto

**PROCEEDINGS:** Hearing on Motion for Preliminary Injunction
- Motion argued by <u>Plaintiff and Defendant</u>.
- Motion <u>under advisement</u>.

NOTES: Also present -
        For Plaintiffs: Vanessa L. Williams, Meagan Burrows and Rachel Reeves
        For Defendants: Rob Weinberg