# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHANDHINI RAIDOO, *et al.*, | CIVIL CASE NO. 21-00009 |
| Plaintiffs, | |
| vs. | ORDER |
| LEEVIN TAITANO CAMACHO, *et al.*, | |
| Defendants. | |

The court will hear the Objections to the Report and Recommendation, ECF No. 33, on August 5, 2021, 2021 at 8:15 a.m.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Jul 09, 2021**