# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **District Court of Guam**

U.S. District Court case number: **1:21-cv-00009**

Date case was first filed in U.S. District Court: **01/28/2021**

Date of judgment or order you are appealing: **09/03/2021**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Leevin Taitano Camacho, Nathaniel Berg, Philip Flores, Ariana Adolphson, Annette David, Annie Bordallo, Arthur San Agustin, Bernadette S. Santos, Antonio Rapadas, Thomas J. Caruso, Mamie Balajadia, Marlene R. San Nicolas, Jenneth Quiambao, Dustin Prins, Theresa C. Arriola

Is this a cross-appeal?  ○ Yes   ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ● No

If Yes, what is the prior appeal case number?

Your mailing address:

Office of the Attorney General of Guam

590 S. Marine Corps Drive, Suite 901

City: Tamuning   State: GU   Zip Code: 96913

Prisoner Inmate or A Number (if applicable):

**Signature** [signature]   Date: Sep 22, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                          Rev. 12/01/2018