# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Leevin Taitano Camacho; Nathaniel Berg, M.D.; Philip Flores; Ariana Adolphson, M.D.; Annette David, M.D., M.P.H.; Annie Bordallo, M.D.; Arthur San Agustin, Bernadette S. Santos, M.P.A., B.S.N., R.N.; Antonio Rapadas, DDS;

Name(s) of counsel (if any):

> James L. Canto II, Esq.

Address: Office of Atty Gen., 590 S. Marine Corps. Dr., Tamuning, GU 96913

Telephone number(s): 671-475-3324

Email(s): jcanto@oagguam.org

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Shandhini Raidoo, M.D., M.P.H.;
> Bliss Kaneshiro, M.D., M.P.H.

Name(s) of counsel (if any):

> Vanessa L. Williams, Esq.; Alexa Kolbi-Molinas, Esq.; Meagan Burrows, Esq.; Rachel Reeves, Esq.

Address: 414 W. Soledad Ave., GCIC Bldg., Ste. 500, Hagatna, GU 96910

Telephone number(s): 671-477-1389

Email(s): vlw@vlwilliamslaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                            1                      New 12/01/2018
Case 1:21-cv-00009   Document 47   Filed 09/22/21   Page 1 of 2

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Thomas J. Caruso, B.S.P.; Mamie Balajadia, Ed.D.; Marlene R. San Nicolas, O.D.; Jenneth Quiambao; Dustin Prins, D.P.M.; Theresa C. Arriola, M.B.A.

Name(s) of counsel (if any):

James L. Canto II, Esq.

Address: Office of Atty Gen., 590 S. Marine Corps. Dr., Tamuning, GU 96913

Telephone number(s): 671-475-3324

Email(s): jcanto@oagguam.org

Is counsel registered for Electronic Filing in the 9th Circuit? ⦿ Yes ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6      *2*      *New 12/01/2018*

Case 1:21-cv-00009    Document 47    Filed 09/22/21    Page 2 of 2