

**Office of the Attorney General**
**Leevin Taitano Camacho**
Attorney General of Guam
Litigation Division
590 South Marine Corps Dr.
Suite 901, ITC Building
Tamuning, Guam 96913
(671) 475-3324
civillitigation@oagguam.org

Attorneys for all defendants

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHANDHINI RAIDOO, et al., ) | CIVIL CASE NO. 21-00009 |
| ) | |
| Plaintiffs, ) | **DEFENDANTS' AMENDED** |
| ) | **NOTICE OF APPEAL** |
| vs. ) | |
| ) | |
| LEEVIN TAITANO CAMACHO, et al.,) | |
| ) | |
| Defendants. ) | |
| ) | |

The following defendants respectfully serve this *Amended Notice of Appeal* from the *Order Re Plaintiffs' Motion for a Preliminary Injunction Pursuant to Fed.R.Civ.P. 65(a)* (ECF 44)( Sept. 7, 2021), and the *Decision and Order re Plaintiff's Objections to the Report and Recommendation on Plaintiff's Motion for*

*Preliminary Injunction* (ECF 43) (Sept. 3, 2021): Appellants are: Leevin Taitano Camacho, in his official capacity as Attorney General of Guam; and Nathaniel Berg, M.D., Philip Flores, Arania Adolphson, M.D., Annette David, M.D., M.P.H., and Annie Bordallo, M.D., all in their official capacities as members of the Guam Board of Medical Examiners. Pursuant to Fed.R.App. P. 43(c)(2), Luis Cruz, M.D.; and Scott Shay, M.D., join in this notice in their official capacities as members of the Guam Board of Medical Examiners. Appellants' counsel is James L. Canto II, Office of the Attorney General of Guam, 590 S. Marine Corps Drive, Suite 901, Tamuning, GU 96913 (phone: 671-475-3324; email: jcanto@oagguam.org).

Appellees are: Shandhini Raidoo, M.D., M.P.H.; and Bliss Kaneshiro, M.D., M.P.H. Appellees' counsel are Vanessa L. Williams, Esq., Alexa Kolbi-Molinas, Esq., Meagan Burrows, Esq., and Rachel Reeves, Esq., 414 W. Soledad Avenue, GCIC Building, Suite 500, Hagåtña, GU 96910 (phone: 671-477-1389; email: vlw@vlwilliams.com).

This is not a cross-appeal and there is no previous appeal in this case.

Dated this 27th day of September, 2021.

**OFFICE OF THE ATTORNEY GENERAL**
Leevin Taitano Camacho, Attorney General

By:    */s/ James L. Canto II*
**JAMES L. CANTO II**
Deputy Attorney General

2

Case 1:21-cv-00009   Document 48   Filed 09/27/21   Page 2 of 3

## CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of Guam that, on this day, I caused the foregoing document to be served on all counsel by filing it electronically with the Clerk of Court for the United States District Court of Guam using the CM/ECF system.

Executed at Tamuning, Guam, on Sept. 27, 2021.

            */s/ James L. Canto II*
            **JAMES L. CANTO II**
            Deputy Attorney General